## HUERTAS *v.* EL JUEZ MUNICIPAL.

APELACIÓN procedente de la Corte de Distrito de San Juan.

No. 80.—Resuelto en abril 21, 1904.

APELACIÓN.—El recurso de apelación sólo procede contra las resoluciones de carácter definitivo, y una resolución de la corte de distrito, desestimando una queja formulada por una parte contra procedimientos de un juez municipal, no es definitiva a los efectos de tal recurso.

### EXPOSICIÓN DEL CASO.

En el recurso de queja interpuesto ante el Tribunal de Distrito de San Juan por Doña Damiana Huertas y Pulido contra el Juez Municipal de Río Piedras con motivo de actuaciones practicadas para la ejecución de la sentencia pronunciada por

la referida corte de San Juan en juicio de desahucio seguido por Don Pedro Elzaburu contra Don Juan Mollfulleda; cuyo recurso de queja pende ante nos a virtud de recurso de apelación admitido a la Doña Damiana a la que ha representado y dirigido en esta Corte Suprema el Letrado Don Rafael López Landrón.

*Resultando*s que con fecha trece de abril del año próximo pasado, acudió Doña Damiana Huertas, sin dirección de letrado, al Tribunal de Distrito de San Juan con escrito en que suplicaba se declarara la nulidad del requerimiento hecho por el Juzgado Municipal de Río Piedras a varios colonos de una finca, que dice ser de su propiedad, para que reconocieran a Don Pedro Elzaburu como dueño de ella, requerimiento practicado con ocasión de una carta-orden del mencionado Tribunal de San Juan, ordenando fuese desalojado Don Juan Mollfulleda de la finca objeto del juicio de desahucio seguido (*) contra Mollfulleda por Elzaburu y terminado por sentencia.

*Resultando:* que previo informe del Juez Municipal de Río Piedras, la Corte de Distrito de San Juan dictó auto en 8 de julio último, desestimando la queja interpuesta por el fundamento de que el requerimiento no tenía más alcance que el de poner en conocimiento de los agregados que Elzaburu ocupaba legalmente la finca, en igual concepto que si fuera dueño de ella, mientras no fuera vencido en el juicio plenario de propiedad, para el cual tenía la parte completamente expedito su derecho.

*Resultando:* que contra ese auto dedujo Doña Damiana Huertas recurso de apelación que le fué admitido, y elevadas las actuaciones a esta Corte Suprema, sin más parte que la recurrente, se dió al recurso la tramitación correspondiente, señalándose día para la vista, que tuvo lugar con asistencia del letrado representante de dicha parte.

Abogado del apelante: *Sr. López Landrón.*

EL JUEZ ASOCIADO SR. HERNÁNDEZ, después de exponer los hechos anteriores, emitió la opinión del tribunal.

*Considerando* que contra el auto que dictó el Tribunal de Distrito de San Juan en 8 de julio del año próximo pasado, resolviendo una queja interpuesta por Doña Damiana Huertas contra procedimientos del Juez Municipal de Río Piedras, no cabe recurso de apelación, pues aquel auto nada resuelve acerca del derecho de propiedad que pueda tener la recurrente sobre la finca de que se trata y por tanto no puede calificarse de definitivo para los efectos del expresado recurso.

*Se declara* no haber lugar a resolver el presente recurso de apelación, con las costas a la parte recurrente; y con certificación del presente, devuélvanse los autos al Tribunal de Distrito de San Juan, a los fines procedentes.

Jueces concurrentes: Sres. Figueras, Sulzbacher y Mac-Leary.

El Juez Presidente Sr. Quiñones no formó tribunal en la vista de este caso.(*)